IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NANCY PENCIL, | ) Civil Action No. 3: 10-CV-394 |
| Plaintiff, | ) |
| | ) Judge BLACK |
| vs. | ) Magistrate Judge MERZ |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

### **ORDER**

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), including instructions that a different ALJ further consider Plaintiff's fibromyalgia and other impairments, hold another hearing and issue a new decision.

Entered:

_Timothy S. Black_

Date: 8/26/11